# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 25-61-GF-BMM |
| vs. | FINDINGS AND RECOMMENDATIONS CONCERNING PLEA |
| Odilon Valdes-de Jesus, | |
| Defendant. | |

Defendant Odilon Valdes-de Jesus (Valdes-de Jesus) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to Illegal Entry as charged in the Information. After examining the Valdes-de Jesus under oath, I make the following determinations: 1. Valdes-de Jesus is fully competent and capable of entering an informed and voluntary plea; 2. Valdes-de Jesus is aware of the nature of the charge against him and consequences of pleading guilty to the charge; 3 Valdes-de Jesus fully understands his constitutional rights and the extent to which he is waiving those rights by pleading guilty; and 4. Valdes-de Jesus's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged. The Court further concludes Valdes-de Jesus had adequate time to review the Plea

1

Agreement with counsel, he fully understands each and every provision of the Plea Agreement, and all of the statements in the Plea Agreement are true. Therefore, I recommend that Valdes-de Jesus be adjudged guilty of the charge of Illegal Entry as charged in the Information, and that sentence be imposed. **This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 2nd day of June 2025.

_____
John Johnston
United States Magistrate Judge