# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>Odilon Valdes-de Jesus,<br><br>                              Defendant. | No.  CR 25-61-GF-BMM<br><br>ORDER |

United States Magistrate John Johnston entered Findings and Recommendation in this matter on June 2, 2025. (Doc. 15.)  Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. §636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Johnston recommended this Court accept Odilon Valdes-de Jesus (Valdes-de Jesus) guilty plea after Valdes-de Jesus appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to the Information. I find no clear error in Judge Johnston's Findings and Recommendation, and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report. Accordingly, IT IS HEREBY ORDERED that Valdes-de Jesus' motion to change plea (Doc. 11) is GRANTED.

DATED this 2nd day of June 2025.

_____

Brian Morris, Chief District Judge
United States District Courts

-2-